UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

**14 MISC 0385**

---

In re Application of Koji Mizutani for an Order
Pursuant to 28 U.S.C. § 1782 to Conduct
Discovery for Use in Foreign Proceedings.

---

Case No. M-

ORDER

The Court, having reviewed the *Ex Parte* Application for an Order Pursuant to 28 U.S.C.

§ 1782 to Conduct Discovery for Use in Foreign Proceedings, the Memorandum of Law in

support thereof, and the Declaration of Matthew Presseau and the exhibits thereto, finds that (1)

the statutory requirements of 28 U.S.C. § 1782 are satisfied, and (2) the factors identified by the

United States Supreme Court in *Intel Corp. v. Advanced Micro Devices, Inc.*, 542 U.S. 241

(2004), weigh in favor of granting Petitioner's application.

It is therefore ORDERED that Petitioner is granted leave to serve the subpoenas annexed

as Exhibit 2 to the Declaration of Matthew Presseau, Esq.

SO ORDERED

Dated: _____, 2014

United States District Judge

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _____